IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DENTISTRY OF BROWNSVILLE, P.C. d/b/a KOOL SMILES <br><br> Plaintiff, <br><br> v. <br><br> DR. MATHEW BERG, OCEAN DENTAL CORPORATE OFFICE, INC., OCEAN DENTAL FOUNDATION, OCEAN DENTAL, P.C., OCEAN DENTAL OF TEXAS, P.C. and OCEAN DENTAL, CHAD HOECKER, DDS, P.C. <br><br> Defendants. | Case No. W10-CA-156 |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendants Ocean Dental Corporate Office, Inc., Ocean Dental Foundation, Ocean Dental, P.C., Ocean Dental of Texas, P.C. and Ocean Dental, Chad Hoecker, DDS, P.C. provides the following responsive information:

None of the named corporate defendants have a parent corporation. Nor does any publicly held corporation own 10% of or more the stock of any of the named corporate defendants.

By way of further clarification, Ocean Dental Foundation is a trade name for Hoecker Foundation, which is a non-profit organization that currently has zero assets and no employees. Ocean Dental, Chad Hoecker, DDS, P.C. is an Ohio corporation used by Ocean Dental for its clinics in Ohio. Ocean Dental of Texas, P.C. is a Texas corporation used by Ocean Dental for its clinics in Texas. Ocean Dental, P.C. is an Oklahoma corporation used by Ocean Dental for its clinics in Oklahoma.

Ocean Dental Corporate Office, Inc. is the only one of the named corporate defendants that employs Dr. Mathew Berg, the individually named defendant, and as such, is the only properly named corporate defendant in the instant litigation.

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

*/s/ Kelly J. Thurman*
KELLY J. THURMAN
State Bar No. 24008159
2200 Ross Avenue
Suite 2200
Dallas, TX 75201
(214) 740-8000
(214) 756-8579 (Facsimile)
kthurman@lockelord.com

CROWE & DUNLEVY
A Professional Corporation

Adam W. Childers
OK Bar No. 18673
Daniel P. Johnson
OK Bar No. 20742
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com
daniel.johnson@crowedunlevy.com

ATTORNEYS FOR DEFENDANTS[1]

---

[1] Counsel from Crowe & Dunlevy are in the process of securing admission to this Court.

## CERTIFICATE OF SERVICE

    This is to certify that on August 6, 2010, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.:

Darren L. McCarty  
Alston & Bird LLP  
Chase Tower  
220 Ross Avenue, Suite 3601  
Dallas, TX 75201-2708

Roy L. Barrett  
John P. Palmer  
Neal Pirkle  
Naman, Howell, Smith & Lee, PLLC  
P.O. Box 1470  
400 Austin Avenue, 8th Floor  
Waco, TX 76703-1470

                            s/ Kelly J. Thurman  
                            KELLY J. THURMAN