ADR Docketing Statement[1]

A.  Case Number: WA:10-CV-00156-WSS

B.  Case Name: DENTISTRY OF BROWNSVILLE, P.C. dba KOOL SMILES v. DR. MATHEW BERG, OCEAN DENTAL CORPORATE OFFICE, INC., OCEAN DENTAL FOUNDATION, OCEAN DENTAL, P.C., OCEAN DENTAL OF TEXAS, P.C. and OCEAN DENTAL, CHAD HOEKER, DDS, P.C.

C.  Attorney (or party, if Pro Se) filing evaluation form:

   Name:  John P. Palmer
   Firm:   Naman, Howell, Smith & Lee, PLLC
   Address:  P.O. Box 1470, Waco, Texas 76703
   Client: DENTISTRY OF BROWNSVILLE, P.C. dba KOOL SMILES
   Telephone:  254-755-4100  Fax:  254-754-6331

D.  Nature of Relief Sought (check all that apply):

   1.   __X__  Injunctive Relief

   2.   __X__  Damages – Amount In excess of the minimum jurisdiction of the Court

   3.   _____  Declaratory Relief (describe):

   4.   __X__  Attorney Fees – Amount: Unknown at this time

   5.   _____  Other:

E.  Brief Description of Nature of Action:

   This is an action for damages, specific performance, and injunctive relief premised on Plaintiff's claims for breach of contract, tortious interference with contract, misappropriation of trade secrets, and attorneys' fees.

F.  Status of Settlement Negotiations to Date:

   1.  Have settlement negotiations been held?  No

   2.  If yes:
       _____ Only counsel participated.
       _____ Parties as well as counsel participated.

---

[1] ADR refers to Alternative Dispute Resolution.

3. What is the <u>present</u> status of negotiations?
   <u>None_____</u>

4. If settlement negotiations have not been held, why not?
   <u>Defendant(s) have in the past and continue to breach agreements.  Defendant(s) have been requested to cease and desist and have not stopped their actions.</u>

G. <u>Evaluation</u>:

   1. Could this dispute benefit from the use of some form of ADR?
      _____Yes <u>X</u>  No

      a. Reason for choice (**must be completed**): <u>Discovery must be completed. Until discovery is complete, an appropriate evaluation as to whether mediation is appropriate cannot be made.</u>

      b. If yes, what form of ADR would best suit this case?

         _____ Mediation                _____ Early Neutral Evaluation

         _____ Advisory                 _____ Moderated Settlement
                Arbitration                    Conference

         _____ Mini-Trial               _____ Summary Jury Trial

         _____ Judicial Settlement
                Conference

   2. Describe any discovery you believe necessary to utilize ADR effectively: <u>Disclosures, written discovery and depositions.</u>

   3. Have you discussed ADR with other counsel and their clients?
      _____Yes  <u>X</u>  No

   4. Will all parties agree to submit the case to ADR?
      _____Yes  _____No  <u>X</u>  Unsure

      a. If yes, have the parties agreed to:
         1. An ADR process? _____
         2. A provider? _____
         3. A tentative date for the ADR proceeding? _____

**Failure to complete this form fully may result in sanctions pursuant to Fed.R.Civ.P.(16)f.**

---

For further information on dispute resolution procedures contact the Clerk.

{01241957.DOC \ }                    -2-                    ADR Statement